Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(1) The motion is granted.

(2) All sides shall bear their own costs.

**Jackie E. ROBINSON, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7079.

United States Court of Appeals, Federal Circuit.

June 28, 2007.

*ORDER*

Upon consideration of Jackie E. Robinson's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

**Thomas J. KUZMA, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7091.

United States Court of Appeals, Federal Circuit.

June 28, 2007.

*ORDER*

Upon consideration of Thomas J. Kuzma's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT: